1 | KEVIN V. RYAN (CASBN 118321)
United States Attorney

2

3 | MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

4 | GARTH HIRE (CASBN 187330)
Assistant United States Attorney

5

6 | 1301 Clay Street, Suite 340-S
Oakland, California 94612-5217
Telephone: (510) 637-3929

7 | Facsimile: (510) 637-3724
E-Mail: Garth.Hire@usdoj.gov

8

Attorneys for Plaintiff

**FILED**

OCT 2 4 2006

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

DOSIE DEE KING, and
FRED LEON WIGGINS,

    Defendants.

NO. 4-06-70688 WDB

SEALING APPLICATION AND
SEALING ORDER

The United States requests that the criminal complaint, affidavit in support of complaint, and arrest warrants (except that the Clerk's office may provide a copy of the Arrest Warrants to the U.S. Attorney's Office and the executing agents) in the above-captioned case filed with the Court on October 23, 2006, be filed under seal until further order of the Court. The reason for this request is to facilitate the arrest of the defendants. Revealing the criminal complaint and arrest warrant may compromise the arrest of the defendants.

////

////

SEALING APPLICATION AND ORDER

1

WHEREFORE, I respectfully request that the Court issue an Order granting this Application.

DATED: October 23, 2006          Respectfully submitted,

KEVIN V. RYAN
United States Attorney

_____
GARTH HIRE
Assistant United States Attorney

## ORDER

On the government's application, the criminal complaint, supporting affidavit, and arrest warrants filed with the Court on October 23, 2006, shall be filed under seal until further order of the court (except that the Clerk's office may provide a copy of the arrest warrants to the U.S. Attorney's Office and the executing agents).

IT IS SO ORDERED.

DATED: Oct 24, 2006          _____
HONORABLE ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

SEALING APPLICATION AND ORDER

2