# MAGISTRATE JUDGE MINUTE ORDER

| Field | Value |
|---|---|
| DOCUMENTS UNDER SEAL | ☐ |
| DOCUMENT NUMBER | |
| MAGISTRATE JUDGE | HON. WAYNE D. BRAZIL |
| DEPUTY CLERK | Ivy Lerma Garcia |
| REPORTER/FTR | FTR 10/30/06 10:09:55-10:16:18 |
| DATE | 10/30/06 |
| NEW CASE | ☐ |
| CASE NUMBER | 4-06-70688-WDB |

## APPEARANCES

| Field | Value |
|---|---|
| DEFENDANT | DOSIE DEE KING |
| AGE | |
| CUST | Yes |
| P/NP | P |
| ATTORNEY FOR DEFENDANT | Michael Rosenblum for Michael Berger |
| PD ☐ / RET ☐ / APPT ☒ | |
| U.S. ATTORNEY | Garth Hire |
| INTERPRETER | None |
| FIN. AFFT SUBMITTED | ☒ |
| COUNSEL APPT'D | ☒ |
| PROBATION OFFICER | None |
| PRETRIAL SERVICES OFFICER | Paul Mamaril |
| DEF ELIGIBLE FOR APPT'D COUNSEL | ☒ |
| PARTIAL PAYMENT OF CJA FEES | ☐ |

## PROCEEDINGS SCHEDULED TO OCCUR - (IF NOT HELD TYPE NH IN TIME FIELD)

- ☐ INITIAL APPEAR
- ☒ APPOINT COUNSEL — 2 Mins HELD
- ☒ DETENTION HRG — 5 Mins SET
- ☐ PRELIM HRG
- ☐ ARRAIGNMENT
- ☐ ID/REMOVAL HRG
- ☐ MOTION
- ☐ BOND SIGNING
- ☐ CHANGE PLEA
- ☐ JUGM'T & SENTG
- ☐ IA REV PROB. or S/R
- ☐ PROB. REVOC.
- ☐ STATUS
- ☐ BAIL REVIEW
- ☐ SUP REL HRG

**FILED OCT 30 2006** — RICHARD W. WIEKING, CLERK U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, OAKLAND

### INITIAL APPEARANCE
- ☐ ADVISED OF RIGHTS
- ☐ ADVISED OF CHARGES
- ☐ NAME AS CHARGED IS TRUE NAME
- ☐ TRUE NAME:

### ARRAIGNMENT
- ☐ ARRAIGNED ON INFORMATION
- ☐ ARRAIGNED ON INDICTMENT
- ☐ READING WAIVED SUBSTANCE
- ☐ WAIVER OF INDICTMENT

### RELEASE
- ☐ RELEASED ON O/R
- ☐ ISSUED APPEARANCE BOND
- AMT OF SECURITY: $
- SPECIAL NOTES:
- ☐ PASSPORT SURRENDERED DATE:
- PROPERTY TO BE POSTED: ☐ CASH $
- CORPORATE SECURITY ☐
- REAL PROPERTY: ☐

- ☐ MOTION FOR DETENTION
- ☐ PRETRIAL SERVICES REPORT
- ☐ DETAINED
- ☐ RELEASED
- ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED
- ☒ REMANDED TO CUSTODY

ORDER REMOVED TO THE DISTRICT OF

### PLEA
- ☐ CONSENT ENTERED
- ☐ NOT GUILTY
- ☐ GUILTY
- GUILTY TO COUNTS: ☐
- ☐ PRESENTENCE REPORT ORDERED
- ☐ CHANGE OF PLEA
- ☐ PLEA AGREEMENT FILED
- OTHER:

### CONTINUANCE

| Field | Value |
|---|---|
| TO: | 11/2/06 |
| AT: | 11:00 a.m. (Spec. set) |
| BEFORE HON. | WAYNE D. BRAZIL |
| ☐ TIME WAIVED | |
| ☐ I.D. COUNSEL | |
| ☐ SUBMIT FINAN. AFFIDAVIT | |
| ☒ DETENTION HEARING | |
| ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | |
| ☐ BOND SIGNING | |
| ☒ PRELIMINARY HEARING OR ARRAIGNMENT DATE | |
| ☐ IDENTITY/REMOVAL | |
| ☐ STATUS RE: CONSENT | |
| ☐ CHANGE OF PLEA | |
| ☐ MOTIONS | |
| ☐ PRETRIAL CONFERENCE | |
| ☐ STATUS/TRIAL SET | |
| ☐ BAIL REVIEW | |
| ☐ JUDGMENT & SENTENCING | |
| ☐ PROB/SUP.REL. REV. HEARING | |

### ADDITIONAL PROCEEDINGS
The deft. will be interviewed by Pret. Svcs. only at the presence of his counsel.

cc: WDB's Stats