~~PROPOSED~~ ORDER/COVER SHEET

**FILED**
FEB 1 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

TO: Honorable Wayne D. Brazil
U.S. Magistrate Judge

RE: Dosie King

FROM: Claudette M. Silvera, Chief
U.S. Pretrial Services Officer

DOCKET NO.: 4 CR 06-70688 - WDB

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Anthony Granados
U.S. Pretrial Services Officer

408-535-5223
TELEPHONE NUMBER

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. 4 on TUES. 2/27/07 at 10:00 am.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)
A.
B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_Wayne D Brazil_       2-15-07
JUDICIAL OFFICER        DATE

Cover Sheet (12/03/02)

cc: WDB's stats, Copies to parties via ECF
Pretrial, Financial

**To:** Honorable Wayne D. Brazil
U.S. Magistrate Judge

**From:** Anthony Granados
U.S. Pretrial Services Officer

**Subject:** Dosie King
CR 06-70688

**Date:** February 9, 2007



# MEMORANDUM

---

Your Honor,

The defendant initially appeared before Your Honor on October 27, 2006, as one of two defendants charged in a Criminal Complaint with a violation of Title 21, United States Code, Section 846 and 841(a)(1) - Knowingly and Intentionally Conspire to Distribute, and Distributed, a Schedule II Controlled Substance, Namely, Approximately 13.6 Grams of a Mixture or Substance Containing a Detectable Amount of Cocaine Base.

On November 2, 2006, the defendant was ordered released on a $150,000 personal recognizance bond along with the following conditions:

1. The defendant shall report to Pretrial Services as directed;
2. The defendant shall not travel outside of the Northern District of California and Solano County;
3. The defendant shall surrender all passports and not apply for any passports or other travel documents;
4. The defendant shall remain in the custody of custodian Shelia Phelps at 7 Sequoia Grove Court in American Canyon;
5. The defendant shall not use alcohol to excess and shall not use or possess any narcotic or other controlled substance without a legal prescription;
6. The defendant shall have no contact (direct or indirect) with any co-defendant outside the presence of counsel;
7. The defendant shall not change residence without the prior approval or Pretrial Services; and
8. The defendant shall be subject to electronic monitoring.

The defendant appeared before Your Honor on February 5, 2007, and his matter was continued until March 5, 2007, for Status. At the hearing on February 5, 2007, the defendant's attorney made a motion to remove the defendant from electronic monitoring. It was suggested that he submit to a curfew in lieu of the electronic monitoring. Your Honor advised that Pretrial Services may substitute a curfew for the electronic monitoring condition if Pretrial Services felt it was appropriate.

**PRETRIAL SERVICES MEMORANDUM FOR THE**
**HONORABLE WAYNE D. BRAZIL, U.S. MAGISTRATE JUDGE**
**RE: DOSIE KING**                                    CASE #: CR06-70688

Following the court hearing the undersigned spoke to the defendant and agreed to broaden his leave schedule for electronic monitoring based upon the events that transpired in court. The undersigned pointed out that the defendant has not been doing very well with abiding by his schedule and he was cautioned about any further violations.

### Violations:

On January 24, 2007, Mr. Dosie King was scheduled to return home from school by 5pm. The defendant returned home at 5:22pm and left a voice mail message for the undersigned advising that he was late because he missed the bus.

On January 28, 2007, Mr. King was given leave from 9am to 2pm to attend religious services. The defendant left his home at 8:39am, without authorization to leave early, and returned at 1:51pm. Mr. King was subsequently admonished by the undersigned for failing to abide by his schedule. Although this violation may seem fairly insignificant, it was preceded by an almost thirty minute conversation with the defendant on January 22, 2007, in which his schedule was discussed in detail.

On February 4, 2007, the defendant was required to return home from school by 2pm. Mr. King did not return home until 2:44pm. He subsequently contacted the undersigned and left a voice mail message advising that he was late because he had to pick up some medication.

On February 8, 2007, the defendant was required to return home from school by 10pm. Mr. King did not return home until 10:35pm and did not contact the undersigned to provide an explanation. As of this writing, Pretrial Services has been unable to reach the defendant to discuss this latest electronic monitoring violation.

PRETRIAL SERVICES MEMORANDUM FOR THE
HONORABLE WAYNE D. BRAZIL, U.S. MAGISTRATE JUDGE
RE: DOSIE KING                                         CASE #: CR06-70688

### Recommendation:

Pretrial Services believes that the defendant either does not understand or does not respect the importance of following his release conditions, specifically with regards to abiding by his electronic monitoring schedule. Mr. King appears to make up his own schedule as he wishes, despite prior admonishment by the undersigned. Pretrial Services believes that admonishment by the Court would be beneficial and we therefore request that a bail violation hearing be held at the Court's earliest convenience.

Mr. Dosie King is represented by Mr. Michael Berger. The defendant, as noted above, is scheduled to return to court on March 5, 2005, for Status before Your Honor.

Respectfully Submitted,

Anthony Granados
U.S. Pretrial Services Officer

Reviewed by:

Allen Lew, Supervising
U.S. Pretrial Services Officer

cc    Garth Hire
      Assistant United States Attorney

      Michael R. Berger
      Defense Counsel