**MICHAEL R. BERGER**
Attorney at Law
3306 Harrison Street
Oakland, California 94611

*Telephone: (510) 834-4511*
*Facsimile:  (510) 836-4062*

February 26, 2007

To: Ivy Garcia
Re: U.S. v. Dosie Dee King (CR 06-70686)

    This will confirm our phone discussion today, in which it was agreed that, due to Magistrate Judge Brazil's illness, the bail review hearing which had been scheduled for tomorrow will be continued to March 1 at 10:00 a.m.

    As we also discussed, I will be in trial in Alameda County Superior Court next Monday, March 5, when Mr. King is scheduled to appear for preliminary hearing and further status conference. I would appreciate if that appearance could be advanced to March 1 as well so that the defendant can waive additional time and a new date can be set.

    Thank you very much.

                                          Very truly yours,

                                          Michael R. Berger

MRB:hos
copy: Garth Hire, AUSA