|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |

UNITED STATES OF AMERICA,

      Plaintiff(s),                            No. 4-06-70688-WDB

  v.                                        **CLERK'S NOTICE**

DOSIE KING,

      Defendant(s).

_____/

**You are hereby notified that** pursuant to the unavailability of Magistrate Judge Wayne D. Brazil on Tuesday, February 27, 2007, the Bail Review Hearing as to the above entitled case has been rescheduled to **Thursday, March 1, 2006 at 10:00 a.m.** before Magistrate Judge Wayne D. Brazil.

                                                            Richard W. Weiking
                                                            Clerk, U.S. District Court

                                                             *Ivy L. Garcia*

                                                             by:  Ivy L. Garcia
                                                            Courtroom Deputy of
                                                            Magistrate Judge Wayne D. Brazil

                                                            Dated:   February 26, 2007

cc:  Copies to parties via ECF, Pretrial Services