UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff(s),                      No. 4-06-70688-WDB

  v.                                  **AMENDED CLERK'S NOTICE**

DOSIE KING,

       Defendant(s).
_____/

**You are hereby notified that** pursuant to the unavailability of Magistrate Judge Wayne D. Brazil on Tuesday, February 27, 2007, the Bail Review Hearing as to the above entitled case has been rescheduled to **Thursday, March 1, 2007 at 10:00 a.m.** before Magistrate Judge Wayne D. Brazil.

                                            Richard W. Weiking
                                            Clerk, U.S. District Court

                                            *Ivy L. Garcia*
                                            by:  Ivy L. Garcia
                                            Courtroom Deputy of
                                            Magistrate Judge Wayne D. Brazil

                                            Dated:  February 26, 2007

cc:  Copies to parties via ECF, Pretrial Services