# MICHAEL R. BERGER
## Attorney at Law
3306 Harrison Street
Oakland, California 94611

*Telephone: (510) 834-4511*
*Facsimile:  (510) 836-4062*

February 27, 2007

To: Ivy Garcia
Re: U.S. v. Dosie Dee King (CR 06-70686)

    This will confirm that due to Magistrate Judge Brazil's continued illness, both the bail review hearing and the preliminary hearing/status conference in the above matter will be rescheduled to March 14, 2007 at 10:00 a.m.  That date was chosen to accommodate my present trial schedule.  Time was previously waived for the preliminary hearing, and that time waiver remains in effect.

    Thank you very much.

Very truly yours,

Michael R. Berger

MRB:hos
copy: Garth Hire (by e-mail)