UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff(s),                          No. 4-06-70688-WDB

  v.                                     **CLERK'S NOTICE**

DOSIE KING,

        Defendant(s).
_____/

**You are hereby notified that** pursuant to the unavailability of Magistrate Judge Wayne D. Brazil on Thursday, March 1, 2007, the defendant's Bail Review Hearing previously set on Thursday, March 1, 2007 as to the above entitled case has been rescheduled to **Wednesday, March 14, 2007 at 10:00 a.m.** before Magistrate Judge Wayne D. Brazil.

                                      Richard W. Weiking
                                      Clerk, U.S. District Court

                                        *Ivy L. Garcia*
                                        by:  Ivy L. Garcia
                                        Courtroom Deputy of
                                        Magistrate Judge Wayne D. Brazil

                                        Dated:   February 27, 2007

cc:  Copies to parties via ECF, Pretrial Services