DOCUMENTS UNDER SEAL ☐

DOCUMENT NUMBER:

| MAGISTRATE JUDGE MINUTE ORDER | DEPUTY CLERK Ivy Lerma Garcia | | REPORTER/FTR FTR 3/21/07 10:02:19-10:05:38 | |
|---|---|---|---|---|
| MAGISTRATE JUDGE HON. WAYNE D. BRAZIL | DATE 3/21/07 | | NEW CASE ☐ | CASE NUMBER 4-06-70688-WDB |

## APPEARANCES

| DEFENDANT DOSIE DEE KING | AGE | CUST No | P/NP P | ATTORNEY FOR DEFENDANT Linda Fullerton | PD. ☐ APPT. | RET. ☒ |
|---|---|---|---|---|---|---|
| U.S. ATTORNEY Garth Hire | | INTERPRETER None | | ☐ FIN. AFFT SUBMITTED | ☐ COUNSEL APPT'D | |
| PROBATION OFFICER None | | PRETRIAL SERVICES OFFICER Amy Berthelsen | | ☐ DEF ELIGIBLE FOR APPT'D COUNSEL | ☐ PARTIAL PAYMENT OF CJA FEES | ☐ |

### PROCEEDINGS SCHEDULED TO OCCUR - ( IF NOT HELD  TYPE NH IN TIME FIELD)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ time | INITIAL APPEAR | ☒ time | PRELIM HRG NOT HELD | ☐ time | MOTION | ☐ time | JUGM'T & SENTG | ☒ time | FURTHER STATUS 2 Mins HELD |
| ☒ time | I.D. COUNSEL 1 Min HELD | ☒ time | ARRAIGNMENT NOT HELD | ☐ time | BOND SIGNING | ☐ time | IA REV PROB. or S/R | ☐ time | BAIL REVIEW |
| ☐ time | DETENTION HRG | ☐ time | ID/REMOVAL HRG | ☐ time | CHANGE PLEA | ☐ time | PROB. REVOC. | ☐ time | SUP REL HRG |

**FILED**

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

MAR 2 1 2007

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF |
|---|---|---|---|

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE |
|---|---|---|---|---|
| PROPERTY TO BE POSTED ☐ CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO: 5/2/07 | ☐ I.D. COUNSEL | ☐ BOND SIGNING | ☐ STATUS RE: CONSENT | ☒ STATUS/TRIAL SET |
|---|---|---|---|---|
| AT: 10:00 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☒ PRELIMINARY HEARING OR | ☐ CHANGE OF PLEA | ☐ BAIL REVIEW |
| BEFORE HON. WAYNE D. BRAZIL | ☐ DETENTION HEARING | ☐ ARRAIGN-MENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☒ TIME WAIVED BY DEFT. RE: PRELIM. HRG./ARRAIGN. BET. NOV 6 UNTIL 5/2/07 FOR | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY/ REMOVAL | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP.REL. REV. HEARING |

CONTINUITY OF EFFECTIVE PREP. OF COUNSEL

### ADDITIONAL PROCEEDINGS

The govt's atty. said that deft's Atty. Linda Fullerton still needs to get the discovery from deft's prev. counsel Michael Berger. The govt's atty. provided the deft's atty. with a DVD recording today and additional discovery will be forthcoming. The deft's atty. asked the Court to set this matter next on 5/2/07 to give her time to review all the discovery, to negotiate with the govt. and  bec. she's scheduled to have a trial on a different matter for few weeks - without objections from both the govt. and the deft., request GRANTED.

cc:  WDB's Stats