

**United States Department of Justice**

**United States Attorney**
**Northern District of California**

GARTH HIRE
Assistant United States Attorney
Chief, Organized Crime Drug Enforcement Task Force Section

Phillip Burton Federal Building and U.S. Courthouse
450 Golden Gate Avenue
San Francisco, California 94102

Telephone: (415) 436-6960
Facsimile: (415) 436-6982
E-Mail:    Garth.Hire@usdoj.gov

May 16, 2007

<u>Via E-Filing</u>

Honorable Wayne D. Brazil
United States Magistrate Judge
United States District Court
Northern District of California
1301 Clay Street, Courtroom 4
Oakland, California 94612

        Re:    <u>United States v. Dosie Dee King</u>
               No. 06-70688 WDB

Your Honor:

      The parties respectfully request that this matter be taken off of the Court's Thursday, May 17, 2007, calendar and be placed on the Court's Tuesday, June 12, 2007, calendar at 10:00 a.m. for an arraignment on either an information or indictment.  Counsel for defendant has been in trial and awaiting a verdict in a state criminal case through today and is scheduled to be on vacation all of next week, while government counsel is out of the district the following week.  The parties will file a stipulation and proposed order explaining the reasons for taking the matter off the Court's calendar and providing facts in support of a finding that defendant knowingly and voluntarily waived his right to preliminary hearing or to be charged by indictment or information under the Speedy Trial Act until June 12, 2007.  Please let feel free to contact me if you have any questions.  Thank you.

            Very truly yours,

            SCOTT N. SCHOOLS
            United States Attorney

            /s/ *Garth Hire*
            GARTH HIRE
            Assistant United States Attorney