AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

*filing*

**FILED**
JUN 26 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### OFFENSE CHARGED
Conspiracy to Distribute Crack Cocaine (21:846, 841(b)(1)(B)(iii))

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
SEE ATTACHMENT

### DEFENDANT - U.S.
▶ DOSIE DEE KING

DISTRICT COURT NUMBER
**CR07-00401 DLJ**

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District)
   NDCA

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

### PROCEEDING
Name of Complaintant Agency, or Person (&Title, if any)
FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.
MISC 06-70688

Name and Office of Person Furnishing Information on THIS FORM  **SCOTT N. SCHOOLS**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  AUSA GARTH HIRE

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

**ATTACHMENT A**
**PENALTY SHEET**

*UNITED STATES v. DOSIE DEE KING*

<u>COUNT ONE</u>
**(21 U.S.C. §§ 846, 841(b)(1)(B)(iii))**

*IF NO 21 U.S.C. §851 INFORMATION FILED ALLEGING PRIOR FELONY NARCOTICS CONVICTION:*

| | |
|---|---|
| Imprisonment: | Maximum 40 Years Imprisonment<br>Mandatory Minimum 5 Years Imprisonment |
| Fine: | Maximum $2,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release<br>Mandatory Minimum 4-Year Term of Supervised Release |
| Special Assessment: | $100 |

*IF 21 U.S.C. §851 INFORMATION FILED ALLEGING PRIOR FELONY NARCOTICS CONVICTION:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment<br>Mandatory Minimum 10 Years Imprisonment |
| Fine: | Maximum $4,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release<br>Mandatory Minimum 8-Year Term of Supervised Release |
| Special Assessment: | $100 |

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

FILED
2007 JUN 26 PM 2:00
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 07-0401 DLJ |
|---|---|---|
| Plaintiff, | ) | VIOLATION: 21 U.S.C. §§ 846, 841 (b)(1)(B)(iii) – Conspiracy to Distribute Crack Cocaine |
| v. | ) | |
| DOSIE DEE KING, a/k/a "XL," | ) | OAKLAND VENUE |
| Defendant. | ) | |

INFORMATION

The United States Attorney charges:

COUNT ONE:    (21 U.S.C. §§ 846, 841(b)(1)(B)(iii) – Conspiracy to Distribute Crack Cocaine)

On or about August 16, 2006, in the Northern District of California, defendant,

DOSIE DEE KING,
a/k/a "XL,"

did knowingly and intentionally conspire to distribute a Schedule II controlled substance, namely, approximately 13.6 grams of a mixture and substance containing a detectable amount of cocaine

///

///

INFORMATION

1

1  base in the form of "crack," in violation of Title 21, United States Code, Sections 846 and
2  841(b)(1)(B)(iii).
3  DATED: June 26, 2007
4
5  SCOTT N. SCHOOLS
   United States Attorney
6
7  /s/ W.
   _____
   W. DOUGLAS SPRAGUE
8  Acting Chief, Criminal Division
9
10 (Approved as to form: _____ )
                           AUSA GARTH HIRE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

INFORMATION