AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

__NORTHERN__ DISTRICT OF __CALIFORNIA__

FILED
JUL 3 - 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES OF AMERICA

V.

DOSIE DEE KING

**WAIVER OF INDICTMENT**

CASE NUMBER: CR-07-00401 DLJ

I, __Dosie Dee King__, the above named defendant, who is accused of

__Violation of Title 21, U.S.C. Sec. 846, 841(b)(1)(B)(iii) Conspiracy to Distribute Crack Cocaine__

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __July 3, 2007__ (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____ 7-3-07
Judicial Officer