9Am

7:36 Am - 10:37 Am

E-FILING CASE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTE ORDER

Date: **8/3/07**

Case No: CR -07-00401-DLJ          Judge: D. Lowell Jensen

Reporter: DIANE SKILLMAN          Clerk: Frances Stone

Defendant(s):                                        Defense Counsel:

DOSIE DEE KING          Present? Y   In Custody? N   LINDA FULLERTON

_____   Present? ___   In Custody? ___   _____

_____   Present? ___   In Custody? ___   _____

_____   Present? ___   In Custody? ___   _____

_____   Present? ___   In Custody? ___   _____

_____   Present? ___   In Custody? ___   _____

_____   Present? ___   In Custody? ___   _____

_____   Present? ___   In Custody? ___   _____

US Attorney:          Interpreter:          US Probation Officer:

GARTH HIRE          _____          _____

Reason for Hearing:                    Ruling:

CHANGE OF PLEA          — HELD

GUILTY PLEA TO COUNT ONE OF THE INFORMATION
PLEA IS WITH CONSENT OF COUNSEL. PLEA IS ACCEPTED
AND ENTERED.

Notes: _____

Case continued to: 11/9/07 AT 10AM for SENTENCING

Case continued to: _____ for _____

Case continued to: _____ for _____
Motions to be filed by _____ ; Opposition due _____

Case continued to: _____ for Pretrial Conference

Case continued to: _____ for _____ Trial

Excludable Delay: Category: ___ Begins: ___          Ends: ___
CC: PROBATION