E-Filing Case

**FILED**

AUG 0 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Number          CR-07-00401-01-DLJ
Defendant's Name     DOSIE DEE KING
Defendant's Counsel  Linda Fullerton
Due Date             11/9/07 AT 10AM
                     1  Courtroom                Floor 4th

~~~~~~~~~~~~~~~~~~~~NOTICE TO DEFENSE COUNSEL~~~~~~~~~~~~~~~~~~~~

**The Court has directed that a:**

            XX          Presentence Investigation
         _____     Bail Investigation
         _____     Bail Supervision
         _____     Postsentence Investigation
         _____     4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the **Probation Office**,
before leaving the Courthouse today to make the necessary arrangements.

✓ cc to Counsel                    RICHARD W. WIEKING, CLERK
✓ cc to Probation                  by: _Frances Stone_____
                                        Frances Stone , Deputy Clerk

                                   Dated: 8/3/07

**US PROBATION OFFICE**~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Is defendant in custody?    Yes or No
Is defendant English speaking?   Yes or No [Interpreter:_____]
Defendant's address:  _____
                      _____
                      _____
                      _____