SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone:  (510) 637-3929
   Facsimile:   (510) 637-3724
   E-Mail:     Garth.Hire@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00401 DLJ |
|      Plaintiff, ) | UNITED STATES' SENTENCING MEMORANDUM FOR DEFENDANT DOSIE DEE KING |
|      v. ) | |
| DOSIE DEE KING, ) | Hearing Date:  November 9, 2007<br>Hearing Time:  10:00 a.m. |
|      Defendant. ) | |

UNITED STATES' SENTENCING MEMORANDUM
FOR DEFENDANT DOSIE DEE KING
CR 06-00401 DLJ

1  The government respectfully requests that this Court sentence defendant to the mandatory
2  minimum sentence applicable to defendant's offense as recommended by the United States
3  Probation Office, namely, five years (60 months) imprisonment, four years supervised release
4  (under the terms and conditions set by the Court), no fine, and a $100 special assessment.

5  DATED: November 2, 2007                Respectfully submitted,

                                          SCOTT N. SCHOOLS
                                          United States Attorney


                                          _____/s/_____
                                          GARTH HIRE
                                          Assistant United States Attorney