1  LINDA FULLERTON, Bar No. 83444
   PAUL FEUERWERKER, Bar No. 203616
2  Attorneys at Law
   54 Railroad Avenue
3  Point Richmond, CA  94801
   (510) 232-4000
4
   Attorney for Defendant
5  DOSIE DEE KING

6

7

8                UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                    OAKLAND DIVISION

11

12  UNITED STATES OF AMERICA,
                                        No. CR 07-00401 DLJ
13                      Plaintiff,
                                        **SENTENCING MEMORANDUM**
14  v.                                  **FOR DEFENDANT DOSIE DEE KING**

15  DOSIE DEE KING,                     Date:   November 9, 2007
                                        Time:  10:00 a.m.
16                      Defendant.
    _____/

17

18                          **I.**

19                     **INTRODUCTION**

20        Defendant Dosie Dee King entered a plea to Count One, Conspiracy to Distribute

21  Cocaine Base, pursuant to a plea agreement with the United States Attorney's office.

22                          **II.**

23              **A SENTENCE OF FIVE YEARS**
            **IS AN APPROPRIATE SENTENCE TO THIS CASE**
24

25        The agreement, as recommended by the United States Probation Office, is five years' (60

26  months) imprisonment.

27  / / /

28  / / /

                            -1-

**III.**

**CONCLUSION**

Mr. King urges the Court to follow the joint recommendation of the Government and defendant, as well as the United States Attorney.  Although Mr. King admits to the offense, he has, since his release in 2006, shown that he is turning his life around.  He is currently working two jobs and is taking a full course at Napa Community College.  His goals, after he is released, are to finish his college education, work in his mother's tax business, and to travel and write.  While out on supervised release, Mr. King wrote children's books on staying out of trouble with the law, getting one's education and doing right.  He is in the process of attempting to get them published.

Mr. King requests that the Court be allowed to voluntarily surrender to the institution designated by the Bureau of Prisons.

Furthermore, Mr. King requests the Court to follow Probation's recommendation that Mr. King participate in the Bureau of Prison's Residential Drug Abuse Treatment Program.

Dated: November 6, 2007.                    Respectfully submitted,


                                            /s/
                                            LINDA FULLERTON,
                                            Attorney for DOSIE DEE KING