11/14/2007 04:40 PM EDT

**FILED**
**NOV 1 6 2007**
RICHARD W. WEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Version 7.0

**Case Debt Type Payment Report**
**U.S. Courts**

Oakland

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | Case No. DCAN407CR000401 | | US V KING | | | | | | | |
| 001 | DOSIE DEE KING | 504100 | SPECIAL PENALTY ASSESSMENT | 100.00 | 0.00 | CT 44611001479 | 0 | PR | 100.00 | 11/09/2007 |
| | | | | | | Division Payment Total | | | 100.00 | |
| | | | | | | Grand Total | | | 100.00 | |

$ 100.00  SPECIAL ASSESSMENT
PAID IN FULL

on 11/09/07

Page 1 of 1