10AM    10:05 AM - 10:50 AM

E-FILING CASE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

FILED
NOV 09 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

CRIMINAL PRETRIAL MINUTE ORDER

Date: 11/9/07

Case No: CR -07-00401-DLJ         Judge: D. Lowell Jensen

Reporter: STARR WILSON           Clerk: Frances Stone

Defendant(s):                                         Defense Counsel:

DOSIE DEE KWG    Present? __ In Custody? __    LINDA FULLERTON

_____  Present? __ In Custody? __    _____
_____  Present? __ In Custody? __    _____
_____  Present? __ In Custody? __    _____
_____  Present? __ In Custody? __    _____
_____  Present? __ In Custody? __    _____
_____  Present? __ In Custody? __    _____

US Attorney:       Interpreter:              US Probation Officer:

GARTH HIRE         _____           JESSICA GOLDSBERRY

Reason for Hearing:                          Ruling:

SENTENCING                                   - HELD

COUNT 1 - DEF IS COMMITTED TO CUSTODY OF BUREAU OF PRISONS FOR A
TERM OF 60 MONTHS. DEF PLACED ON SUPERVISED RELEASE 4 YRS.
A $100 ASSESSMENT IS DUE IMMEDIATELY. DEF WAIVES
RIGHT TO APPEAL. VOLUNTARY SURRENDER DATE IS 1/9/08.

Notes: _____

Case continued to: _____ for _____
Case continued to: _____ for _____
Case continued to: _____ for _____
   Motions to be filed by _____ ; Opposition due _____
Case continued to: _____ for Pretrial Conference
Case continued to: _____ for Trial

Excludable Delay: Category: __ Begins: __ Ends: __