## PROPOSED ORDER/COVER SHEET

**TO:** Honorable D. Lowell Jensen
Senior U.S. District Court Judge

**RE:** Dosie King

**FROM:** Claudette M. Silvera, Chief
U.S. Pretrial Services Officer

**DOCKET NO.:** CR-07-00401-DLJ
~~CR-06-70688~~

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Rich Sarlatte
U.S. Pretrial Services Officer

415-436-7508
TELEPHONE NUMBER

**RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☑ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge ✓ Presiding District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)
A.
B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____
JUDICIAL OFFICER

11-21-07
DATE

FILED
NOV 21 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Cover Sheet (12/03/02)

COPY TO P.T-SVCS
CC TO IVY/WDB