UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff(s),                              No. CR-07-00401-DLJ

  v.                                       **CLERK'S NOTICE**

DOSIE KING,

        Defendant(s).
_____/

**You are hereby notified that** pursuant to District Judge D. Lowell Jensen's Order dated November 21, 2007, the above case matter has been referred to Magistrate Judge Wayne D. Brazil to conduct a Bail Review Hearing. All parties must appear before Magistrate Judge Wayne D. Brazil on **Friday, November 30, 2007 at 10:00 a.m.** for a Bail Review Hearing.

                                                        Richard W. Weiking
                                                        Clerk, U.S. District Court

                                                        */s/ Ivy L. Garcia*
                                                        by:  Ivy L. Garcia
                                                        Courtroom Deputy of
                                                         Magistrate Judge Wayne D. Brazil

                                                        Dated: November 26, 2007

cc:  Parties served by ECF
     Pretrial, Frances

caption.frm                              1