| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 21 Mins | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Ivy L. Garcia | REPORTER/FTR<br>FTR: 11/30/07 10:35:09-10:56:50 | |
| MAGISTRATE JUDGE<br>HON. WAYNE D. BRAZIL | DATE<br>11/30/07 | NEW CASE ☐ | CASE NUMBER<br>CR-07-00401-DLJ |

### APPEARANCES

| DEFENDANT<br>DOSIE KING | AGE | CUST<br>No | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Linda Fullerton | PD. ☐  RET. ☒<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Garth Hire | | INTERPRETER<br>None | | FIN. AFFT SUBMITTED ☐ | COUNSEL APPT'D ☐ |
| PROBATION OFFICER<br>None | PRETRIAL SERVICES OFFICER<br>Rich Sarlatte | | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT OF CJA FEES ☐ |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☒ BOND HEARING<br>21 Mins HELD | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |

FILED NOV 30 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |

| PROPERTY TO BE POSTED<br>☐ CASH  $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |

| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO:<br>12/7/07 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
| AT:<br>9:00 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☒ OTHER: WHETHER DEFT. SHLD. STAY OUT OF CUSTODY PENDING VOL. SELF SURRENDER DATE — HRG. TO DETERMINE |
| BEFORE HON.<br>D. LOWELL JENSEN | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

The govt's atty. asked the Court for the detention of the deft. to begin serving his sentence and Pret. Svcs. R. Sarlatte joined in the govt's request. The deft. explained to the Court that he was hostile to Mr. Sarlatte & his mother on 11/18/07 bec. he was so frustrated with the system and bec. he's going to serve a 5 yrs. jail sentence but he apologized to Mr. Sarlatte. The deft's atty. said that the deft. is doing well with his employment. The deft. has some type of heart condition wherein he needs to be examined by a heart specialist. The Court said that the deft. will be allowed to remain out of custody pending a hearing bef. Judge Jensen on 12/7/07 for Judge Jensen to determine whether the deft. should remain out of custody pending his vol. self-surrender date of 1/9/08. The Court ordered that beginning today, the deft. shall be tested for drugs & alcohol every other day by Pret. Services.

cc: WDB's Stats, Frances, Pretrial, Financial

DOCUMENT NUMBER: