UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**Criminal Pretrial Minute Order**
JUDGE D. LOWELL JENSEN
Date: 12/7/07

**Clerk:** Frances Stone
**Court Reporter:** RAYNEE MERCADO

**Plaintiff:** United States

**v.**                                                                 **No.** CR-07-00401-DLJ

**Defendant:** Dosie Dee King [present; not in custody]

**Appearances for AUSA:** Garth Hire

**Appearances for Defendant:** Linda Fullerton

**Interpreter:**
**Probation Officer:**

**Pretrial Svcs Officer:** Silvio Lugo

**Reason for Hearing:**              **Ruling:**

Hearing to determine whether Def should stay out of custody pending voluntary surrender date- HELD and Defendant allowed to remain out of custody until his 1/9/08 Surrender date. Defendant is to comply with conditions of and follow directions of Pretrial Svcs officer.

**Notes:** No further hearing date set.

**Case Continued to**      **for**


**Case Continued to:**         **for**
**Case Continued to:**         **for**
**Motions to be filed by:**      **Opposition Due:**

**Case Continued to**                **for Pretrial Conference**

**Case Continued to**       **for**          **Trial**


**Excludable Delay: Category: Begins:**          **Ends:**